UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALL PROPERTIES, INC., and MARCO BEACH HOTEL, INC., <br><br>                              Plaintiffs, <br><br>            -v- <br><br> GLOBE MIDWEST ADJUSTERS INTERNATIONAL, <br><br>                              Defendant. | 19 Civ. 7922 (PAE) <br><br> ORDER TO <br> SHOW CAUSE |

PAUL A. ENGELMAYER, District Judge:

      Plaintiffs filed the complaint in this action on August 23, 2019.  Dkt. 1.  Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served with the Summons and Complaint within 90 days after the Complaint is filed.  It is hereby ORDERED that plaintiffs advise the Court in writing why plaintiffs failed to serve the Summons and Complaint within the 90-day period, or, if plaintiffs believe that the defendant has been served, when and in what manner such service was made.  It is further ORDERED that if the Court does not receive any written communication from plaintiff by **August 9, 2020,** showing good cause why such service was not made within 90 days, the Court will dismiss the claims against defendant.

      SO ORDERED.

                                                                                            Paul A. Engelmayer
                                                                                           United States District Judge

Dated: July 30, 2020
       New York, New York