Case 1:19-cv-07922-PAE   Document 8   Filed 08/17/20   Page 1 of 1


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALL PROPERTIES, INC., and MARCO BEACH HOTEL, INC., <br><br>                                        Plaintiffs, <br>                  -v- <br><br> GLOBE MIDWEST ADJUSTERS INTERNATIONAL, <br><br>                                        Defendant. | 19 Civ. 7922 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

On July 30, 2020, the Court issued an Order to Show Cause, instructing plaintiff, by August 9, 2020, to show cause why this case should not be dismissed for failure to prosecute. Dkt. 7.  Plaintiff has not made any such filing.  Accordingly, the Court dismisses this case, without prejudice, pursuant to Federal Rule of Civil Procedure 41.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 17, 2020
       New York, New York